RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Russell Hamblin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL HAMBLIN,<br><br>　　　　Defendant. | Case No. 2:22-cr-00249-RFB-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Russell Hamblin, that the Sentencing Hearing currently scheduled on January 30, 2023 at 11:00 am, be vacated and continued to March 6, 2023, March 9, 2023, or a date therearound that is convenient to the Court.

This Stipulation is entered into for the following reasons:

1. United States Probation Officer Sunny R. Cascio has requested additional time to conduct investigation and draft the pretrial sentencing report.

2. In light of the above, defense counsel will need additional time to review the report upon receipt and discuss the same with Mr. Hamblin prior to sentencing.

3. Mr. Hamblin is in custody and agrees with the need for a continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 15th day of December 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Supriya Prasad<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

1
2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL HAMBLIN,<br><br>　　　　Defendant. | Case No. 2:22-cr-00249-RFB-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, January 30, 2023 at 11:00 a.m., be vacated and continued to March 6, 2023 at the hour of 9:00 a.m.; or to a time and date convenient to the court.

　　DATED this 16th day of December 2022.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE