**HOFLAND & TOMSHECK**
Jason F. Carr, Esq.
State Bar of Nevada No. 006587
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910

*Attorney for Defendant* **Hamblin**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | Case No.: 2:22-CR-00249-RFB-NJK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING (SECOND REQUEST)** |
| RUSSELL HAMBLIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Assistant United States Attorney Supriya Prasad, counsel for the United States of America, and Jason F. Carr, esq., counsel for Defendant RUSSELL HAMBLIN, that the sentencing proceeding currently scheduled for March 20, 2023 at 10:00 a.m. be continued to a date and time convenient to the Court but not less than forty-five days.

This stipulation is entered into for the following reasons:

1. This is the second sentencing continuance request but the first request initiated by current defense counsel. The Court has also moved the sentencing date without a formal stipulation upon the request of the parties. (*See* ECF No. 12.)

2. That on November 28, 2022, Mr. Hamblin pleaded guilty pursuant to a written plea agreement. (*See* ECF No. 7 (minutes of proceeding).) The written plea contemplates that the revocation sentence in 2:06-cr-00369-JCM-RJJ, a

concurrently pending supervised release violation proceeding. run concurrent to the sentence imposed in this case.  (*See* ECF No. 6 at 12, ¶ 18.)

3. That on February 13, 2023, this Court appointed the undersigned defense counsel.

4. That on March 3, 2023, counsel met with Mr. Hamblin at the Nevada Southern Detention Center to determine Mr. Hamblin's litigation goals and to discuss the matter.

5. That, during that meeting, defense counsel ascertained that Mr. Hamblin would need to review portions of his discovery he does not currently possess.

6. That defense counsel is also reviewing the discovery and case law as a result of his conversation with Mr. Hamblin.

7. That Mr. Hamblin and defense counsel respectfully ask for time to cogently decide how to proceed in both cases.

8. That Mr. Hamblin is aware of this request and agrees that it is in his best interests to continue this matter.

9. For the above stated reasons, the parties agree that a continuance of the sentencing proceeding is appropriate.

DATED this 15th day of March, 2023.

Respectfully submitted,

| HOFLAND & TOMSHECK | JASON M. FRIERSON |
| | United States Attorney |

*/s/ Jason F. Carr*  
JASON F. CARR, ESQ.  
Counsel for Defendant  
RUSSELL HAMBLIN

*/s/ Supriya Prasad*  
SUPRIYA PRASAD  
Assistant United States Attorney

**HOFLAND & TOMSHECK**
Jason F. Carr, Esq.
State Bar of Nevada No. 006587
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910

*Attorney for Defendant* **Hamblin**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL HAMBLIN,<br><br>Defendant. | Case No.:   2:22-cr-00249-RFB-NJK |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the second sentencing continuance request but the first request initiated by current defense counsel. The Court has also previously moved the sentencing date without a formal stipulation upon the request of the parties. (*See* ECF No. 12.)

2. That on November 28, 2022, Mr. Hamblin pleaded guilty pursuant to a written plea agreement. (*See* ECF No. 7 (minutes of proceeding).) The written plea contemplates that the revocation sentence in 2:06-cr-00369-JCM-RJJ, a pending supervised release violation proceeding. run concurrent to the sentence imposed in this case. (*See* ECF No. 6 at 12, ¶ 18.)

3. That on February 13, 2023, this Court appointed the undersigned defense counsel.

4. That on March 3, 2023, counsel met with Mr. Hamblin at the Nevada Southern Detention Center to determine Mr. Hamblin's litigation goals and to discuss the matter.

5. That, during that meeting, defense counsel ascertained that Mr. Hamblin would need to review portions of his discovery he does not currently possess.

6. That defense counsel is also reviewing the discovery and case law as a result of his conversation with Mr. Hamblin.

7. That Mr. Hamblin and defense counsel respectfully ask for time to cogently decide how to proceed in both cases.

8. That Mr. Hamblin is aware of this request and agrees that it is in his best interests to continue this matter.

9. For the above stated reasons, the parties agree that a continuance of the sentencing proceeding is appropriate.

**ORDER**

Based on the foregoing Findings of Fact and for good cause shown IT IS HEREBY ORDERED, that the Sentencing Proceeding currently scheduled for March 12, 2023 at 10:00 a.m. be continued to  8th  day of  May , 2023 at  9:00  **A.M.**/P.M.

DATED 15th  day of  March , 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE