FILED _____          RECEIVED _____
ENTERED _____        SERVED ON _____
COUNSEL/PARTIES OF RECORD

JUN 0 8 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

RUSSELL HAMBLIN,

        Defendant.

2:22-CR-249-RFB-NJK

**Final Order of Forfeiture**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Russell Hamblin to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Russell Hamblin pled guilty. Criminal Information, ECF No. 4; Plea Agreement, ECF No. 6; Arraignment & Plea, ECF No. 7; Preliminary Order of Forfeiture, ECF No. 8.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 15, 2022, through January 13, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 11-1, p. 5.

1   This Court finds no petition was filed herein by or on behalf of any person or entity

2   and the time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending regarding the property named herein and

4   the time has expired for presenting such petitions.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

6   all possessory rights, ownership rights, and all rights, titles, and interests in the property

7   hereinafter described are condemned, forfeited, and vested in the United States under Fed.

8   R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1)

9   and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

10   1.  a UMX cell phone;

11   2.  one Alcatel cell phone;

12   3.  two SanDisk Cruzer Glide 64 GB flash drives; and

13   4.  two ONN flash drives

14   (all of which constitutes property).

15   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property

16   shall be disposed of according to law.

17   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

18   copies of this Order to all counsel of record.

19   DATED _____6 / 8_____, 2023.

20

21

22   RICHARD F. BOULWARE, II
     UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2